**Order entered June 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01480-CR
No. 05-17-01481-CR

**JOHN ANTHONY LEONARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause Nos. F11-60173-X & F11-59713-X

## ORDER

The clerk's records in these appeals were due on March 31, 2018. When they were not filed, we notified the district clerk by postcard dated April 4, 2018 and instructed that the records be filed within thirty days. To date, the clerk's records have not been filed. We **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals **WITHIN TEN DAYS** of the date of this order.

/s/      LANA MYERS
         JUSTICE